Ryan M. McNamara, Bar No. 223606
 rmcnamara@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendant Fairway Properties Northside, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>        Plaintiff,<br><br>    vs.<br><br>KULWANT S. RANDHAWA dba TRIPLE 7 CIGS & PIPES; FAIRWAY PROPERTIES NORTHSIDE, LLC;<br><br>        Defendants. | Case No.  1:17-CV-00105-AWI-BAM<br><br>**[PROPOSED] ORDER ON STIPULATION TO EXTEND DEFENDANT FAIRWAY PROPERTIES NORTHSIDE, LLC'S TIME TO RESPOND TO COMPLAINT**<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br><br>Complaint Filed:   January 23, 2017<br>Trial Date:             None Set |

The Court has reviewed the parties' Stipulation and, good cause appearing, Defendant Fairway Properties Northside, LLC shall have up to and including April 10, 2017, to answer or otherwise respond to the Complaint.

IT IS FURTHER ORDERED THAT the Scheduling Conference on April 19, 2017 is continued to June 21, 2017 at 9:00 AM.  **A JOINT Scheduling Conference Report**, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference (Doc. 4), one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in Word format, to bamorders@caed.uscourts.gov.  The parties wishing to appear telephonically for said hearing, may do so with each party using the following dial-in number and passcode: **dial-in number 1-877-411-9748; passcode 3190866.**

IT IS SO ORDERED.

Dated:  **March 22, 2017**                   /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE